IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID | § | |
|     TDCJ-CID #648558 | § | |
| v. | § | C.A. NO. C-04-673 |
| | § | |
| HOWARD HILL, ET AL. | § | |

## ORDER

This is an inmate civil rights action filed pursuant to 42 U.S.C. § 1983. Pending is plaintiff's pro se motion to issue subpoenas. (D.E. 97). Plaintiff has also filed a pro se witness list. (D.E. 98).

Trial is set to begin Tuesday, June 20, 2006. (D.E. 90). Plaintiff has been appointed counsel to represent him in this case. (D.E. 93). As he has appointed counsel, pro se motions and filings are no longer appropriate. See Smith v. Collins, 977 F.2d 951, 962 (5th Cir. 1993).

Accordingly, plaintiff's pro se motion to issue subpoenas, (D.E. 97), is DENIED without prejudice. Moreover, plaintiff's pro se witness list is ordered striken. After consultation with plaintiff, his counsel may refile both documents no later than Friday, May 19, 2006.

ORDERED this 2nd day of May 2006.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE