IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID<br>    TDCJ-CID #648558 | §<br>§ | |
| v. | § | C.A. NO. C-04-673 |
| | § | |
| HOWARD HILL, ET AL. | § | |

## ORDER

This is an inmate civil rights action filed pursuant to 42 U.S.C. § 1983. Pending is plaintiff's pro se motion for assistance. (D.E. 101).

Trial is set to begin Tuesday, June 20, 2006. (D.E. 90). Plaintiff has been appointed counsel to represent him in this case. (D.E. 93). As he has appointed counsel, pro se motions and filings are no longer appropriate. See Smith v. Collins, 977 F.2d 951, 962 (5th Cir. 1993). Plaintiff has been previously warned not to file any pro se motions. (D.E. 99).

Plaintiff is ordered to refrain from filing any more pro se motions. If plaintiff ignores this order, he may be sanctioned, including the possible dismissal of this action.

Accordingly, plaintiff's pro se motion for assistance, (D.E. 101), is DENIED.

ORDERED this 9th day of May 2006.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE